# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2588
LT Case No. 2020-DP-000428

———————————————

E.S.A., Mother of E.S.C. and
I.S.C., Children,

     Appellant,

     v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

     Appellee.

———————————————

On appeal from the Circuit Court for Marion County.
Stacy M. Youmans, Judge.

Richard F. Joyce, of the Office of Criminal Conflict and Civil
Regional Counsel, Casselberry, for Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee.

Sarah Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, of the Statewide
Guardian ad Litem Office, Tallahassee; and Jamie Billotte Moses,
of Holland & Knight LLP, Orlando, for the Guardian ad Litem.

December 14, 2023

PER CURIAM.

AFFIRMED.

MAKAR, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____